FILED
2014 OCT 31 PM 1:45

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ONE 2014 NISSAN QUEST,<br>CALIFORNIA LICENSE 7EGR908,<br>VIN: JN8AE2KP4E9107149,<br>ITS TOOLS AND APPURTENANCES,<br><br>               Defendant. | Case No. 14cv2242-WQH(BLM)<br><br>ORDER APPROVING JOINT MOTION AND JUDGMENT OF FORFEITURE |

Having reviewed the Joint Motion Resolving Forfeiture Of Defendant ONE 2014 NISSAN QUEST, CALIFORNIA LICENSE 7EGR908 VIN: JN8AE2KP4E9107149, ITS TOOLS AND APPURTENANCES ("defendant 2014 NISSAN QUEST") and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. The Joint Motion is approved;

2. On or before November 14, 2014 at 12:00 PST, claimant Erica Becerra shall pay to the United States a total of $14,585.00 (fourteen thousand five hundred eighty-five dollars) in U.S. dollars to settle this case. The $14,585.00 shall be condemned and forfeited to the

United States in lieu of the direct forfeiture of the defendant 2014 NISSAN QUEST pursuant to Title 8, United States Code §1324(b).

3. Claimant Erica Becerra's payment of $14,585.00 to the United States shall be made as follows: The $14,585.00 shall be paid by claimant Erica Becerra to the United States in the form of a cashier's check, made payable to U.S. Customs and Border Protection on or before 12:00 PST on November 14, 2014.

4. If the claimant Erica Becerra fails to timely pay the $14,585.00 as provided in paragraph 3 above, the United States may apply *ex parte* to the Court for an order of forfeiture as to the defendant 2014 NISSAN QUEST.

5. Upon full and timely payment by claimant Erica Becerra of the $14,585.00 to the United States, plaintiff shall release and return the defendant 2014 NISSAN QUEST to claimant Erica Becerra or her authorized agent.

6. Any and all costs accrued as a result of the storage and maintenance of the defendant 2014 NISSAN QUEST from April 30, 2014 until noon on November 14, 2014 shall be borne by plaintiff United States.

7. Any and all costs accrued as a result of the storage and maintenance of the defendant 2014 NISSAN QUEST after 12:00 PST on November 14, 2014 until claimant Erica Becerra or her authorized agent retrieves the defendant 2014 NISSAN QUEST from the United States shall be borne by claimant Erica Becerra and must be paid by her directly to

U.S. Customs and Border Protection prior to being allowed to take possession of the 2014 NISSAN QUEST.

8. Claimant Erica Becerra has agreed to accept the defendant 2014 NISSAN QUEST in "as is" condition. Under no circumstances will plaintiff United States be liable to claimant Erica Becerra, or any other party, for the condition or costs of repair and replacement of missing or broken components of the defendant 2014 NISSAN QUEST.

9. Any costs incurred by the United States on and between the dates of April 30, 2014 and noon on November 14, 2014 incident to the seizure, custody, and forfeiture of the defendant 2014 NISSAN QUEST shall be borne by the United States.

10. Claimant Erica Becerra has agreed that by entering into this stipulation, she has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

11. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

12. Claimant Erica Becerra has warranted and represented as a material fact that she is the sole owner of the defendant 2014 NISSAN QUEST and further has warranted and represented that no other person or entity has any right, claim or interest in the defendant 2014 NISSAN QUEST, and that she will defend and indemnify the United States against any and all claims made against it on

account of the seizure and forfeiture of the defendant 2014 NISSAN QUEST.

13. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimant Erica Becerra may owe to the United States.

14. The parties to this settlement agree that each will bear their own attorney's fees and costs.

15. Claimant Erica Becerra, her agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant 2014 NISSAN QUEST.

16. The United States is entitled to judgment on its Complaint For Forfeiture. Let judgment be entered accordingly.

DATED: 10/31/14

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT